David Morgan
69215
ISCC Unit B-111-B
P.O. Box 70010
Boise, Idaho 83707

Plaintiff pro se

U.S. COURTS
MAY 26 2015
Rcvd____Filed____Time____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

David Morgan,
    Plaintiff;

v.

Idaho Department of Correction, et al.,
    Defendants.

Case No. 1:15-CV-62-CWD

PLAINTIFF'S MOTION REQUESTING CLARIFICATION FROM THE COURT

COMES NOW, David Morgan, Plaintiff in the above entitled action, and hereby files this Plaintiff's Motion Requesting Clarification from the Court as follows:

The Court stated in its Initial Review Order that "Plaintiff may proceed at this time against the IDOC on his

PLAINTIFF'S MOTION REQUESTING CLARIFICATION FROM THE COURT- 1

FERPA claims. However, he may not proceed against the IDOC on his § 1983 and RLUIPA claims because, under the Eleventh Amendment, the IDOC is immune from suit in federal court." (Page 9).

The Court also stated: "By accepting federal funds, however, states do not waive sovereign immunity to suits for money damages under RLUIPA." (Page 6).

Plaintiff apologizes for not being clearer in his Complaint and has filed an Amended Complaint to clarify the following:

Plaintiff is not seeking monetary damages against IDOC under § 1983 or RLUIPA.

Plaintiff is only seeking monetary damages against Defendants Jeff Kirkman, Dan Copeland, and Josh Tewalt under § 1983, RLUIPA, and/or FERPA because they knew or should have known that they were violating Plaintiff's clearly established rights, and has named them in their official and individual capacities in his Complaint.

RLUIPA specifically authorizes Plaintiff to file suit against IDOC for "appropriate relief". 42 U.S.C. §§ 2000cc-5(4)(A) and 2000cc-2(a).

Plaintiff requests only declaratory and injunctive relief from IDOC and other Defendants under RLUIPA.

Having filed a timely Amended Complaint showing that the Plaintiff does not seek monetary damages against IDOC, Plaintiff asks that the Court allow him to proceed against IDOC on his § 1983 and RLUIPA claims for declaratory and injunctive relief as IDOC is not immune from suit.

*[signature]*
Plaintiff pro se

DATED: May 21, 2015

PLAINTIFF'S MOTION REQUESTING CLARIFICATION FROM THE COURT - 3

CERTIFICATE OF MAILING

I HEREBY CERTIFY that on May 21, 2015 I served a true and correct copy of the Plaintiff's Motion Requesting Clarification from the Court by U.S. mail, via the prison mail system, addressed to the following:

Mark Kubinski
Deputy Attorney General
Idaho Department of Correction
1299 N. Orchard St., Ste. 110
Boise, Idaho 83706

_____
Plaintiff pro se

PLAINTIFF'S MOTION REQUESTING CLARIFICATION FROM THE COURT- 4