David Morgan
69215
ISCC I-119-B
P.O. Box 70010
Boise, ID 83707

Plaintiff pro se

U.S. COURTS

AUG 03 2015

Rcvd____Filed____Time____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID MORGAN, <br> Plaintiff, <br><br> vs. <br><br> IDAHO DEPARTMENT OF CORRECTION, et al., <br> Defendants. | Case No. 1:15-CV-00062-CWD <br><br> PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANTS' MOTION TO PARTIALLY DISMISS |

COMES NOW David Morgan Plaintiff in the above entitled matter and submits this Motion in Opposition to Defendants' Motion to Partially Dismiss for Failure to file a tort claim (document 18), as it pertains to Plaintiff's FERPA claim.

Filed contemporaneously herewith and in support of this

motion is the Declaration in Opposition to Defendants' Motion to Partially Dismiss. Additional reasons why the Court should deny Defendants' Motion are set forth in the accompanying Memorandum in Opposition of Defendants' Motion to Partially Dismiss.

DATED: July 28, 2015

                                      */s/ David Morgan*
                                      David Morgan
                                      Plaintiff pro se

# CERTIFICATE OF MAILING

I HEREBY CERTIFY that on July 28, 2015 I served a true and correct copy of the foregoing Plaintiff's Motion in Opposition to Defendants' Motion to Partially Dismiss to the following persons by U.S. Mail via the prison mail system:

Defendants' counsel:

Michael J. Elia
Moore & Elia, LLP
P.O. Box 6756
Boise, ID 83707

_____
Plaintiff pro se

PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANTS' MOTION TO PARTIALLY DISMISS – Page 3