MICHAEL J. ELIA (ISBN 5044)
CHRISTOPHER F. BROWN (ISBN 9328)
MOORE & ELIA, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031

*Attorneys for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID MORGAN, | Case No. 1:15-cv-0062-CWD |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| IDAHO DEPARTMENT OF CORRECTION; BRENT REINKE, KEVIN KEMPF; JEFF ZMUDA; SHANNON CLUNEY; SHANE EVANS; HOWARD YORDY; RANDY BLADES; GARRETT COBURN; LEROY PENEKU; JEANETTE HUNTER; JEFF KIRKMAN; DAN COPELAND; and JOSH TEWALT, | |
| Defendants. | |

COMES NOW the Plaintiff David Morgan, Pro Se and Defendants, by and through their counsel of record, Michael J. Elia of the firm Moore & Elia, LLP, and hereby stipulate and agree that the claims of these parties, the subject matter of the above entitled action, have been fully satisfied and compromised, and, shall be dismissed, on the merits, with prejudice, and each party shall bear their respective costs and attorneys' fees.

DATED this 22 day of April, 2016.

_____
David Morgan

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 1**

DATED this 5th day of May, 2016.

Moore & Elia, LLP

By: _____
Michael J. Elia
Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of May, 2016, I caused to be served a true and correct copy of the foregoing document, by the method indicated below, and addressed to the following:

| | |
|---|---|
| David Morgan #69215<br>ISCC, Unit I-119-B<br>P.O. Box 70010<br>Boise, Idaho 83707<br>*Pro Se* | ✓ U.S. Mail, postage prepaid<br>___ Hand Delivered<br>___ Overnight Mail<br>___ Facsimile Transmission<br>___ E-Mail |

_____
Michael J. Elia

STIPULATION FOR DISMISSAL WITH PREJUDICE - 2